| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700 / Fax: (973) 467-8126<br>Counsel for Robert B. Wasserman, Chapter 7 Trustee<br>**SCOTT S. REVER (SR-1425)** | Case No. 08-18384 |
| **In Re:**<br><br>**RALPH M. DAY, SR.,**<br><br><br>Debtor. | Chapter 7<br><br>Honorable Morris Stern |
| **ROBERT B. WASSERMAN, Chapter 7 Trustee,**<br>Plaintiff,<br>v.<br><br>**LOUIS A. CAPAZZI, JR., ESQ., ANN CAPAZZI, JESSICA GALLO and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES ISSUED BY DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1,**<br>Defendants. | Adv. Pro. No.: 10-1479 MS |

**APPLICATION REQUESTING ENTRY OF DEFAULT JUDGMENT**

TO:   **HONORABLE MORRIS STERN**
      **United States Bankruptcy Judge**

Robert B. Wasserman, the Chapter 7 Trustee in the above-referenced bankruptcy case and the Plaintiff in the above-referenced adversary proceeding requests that this Court enter Default Judgment against HSBC Bank USA, National Association as Trustee for the holders of the Certificates issued by Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1

("Defendant" or "HSBC") due to its failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure and Bankruptcy Rule 7055. As set forth in the Affidavit of Robert B. Wasserman in support of the Application Requesting Entry of Default Judgment, the Trustee seeks the entry of a judgment against HSBC avoiding HSBC's interest in the Property located at 666 Closter Dock Road, Closter, New Jersey, if any, pursuant to 11 U.S.C. §544. The facts supporting said cause of action are set forth in the Affidavit of Robert B. Wasserman submitted herewith.

**WHEREFORE**, Robert B. Wasserman, the Chapter 7 Trustee respectfully requests that this Court enter a Judgment by Default against the Defendant.

Respectfully submitted,

**WASSERMAN, JURISTA & STOLZ, P.C.**
Attorneys for Robert B. Wasserman,
Chapter 7 Trustee

By: _____
SCOTT S. REVER

Date: 5/14/10