| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700 / Fax: (973) 467-8126<br>Counsel for Robert B. Wasserman, Chapter 7 Trustee<br>**SCOTT S. REVER (SR-1425)** | Case No. 08-18384 |
| In Re:<br><br>RALPH M. DAY, SR.,<br><br><br>Debtor. | Chapter 7<br><br>Honorable Morris Stern |
| ROBERT B. WASSERMAN, Chapter 7 Trustee,<br>Plaintiff,<br>v.<br><br>LOUIS A. CAPAZZI, JR., ESQ., ANN CAPAZZI, JESSICA GALLO and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES ISSUED BY DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1,<br>Defendants. | Adv. Pro. No.: 10-1479 MS |

**JUDGMENT BY DEFAULT AGAINST HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES ISSUED BY DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**(Page 2)**

| | |
|---|---|
| Debtor: | Ralph Day |
| Case No.: | 08-18384 (MS) |
| Caption of Order: | Judgment by Default Against HSBC Bank USA, National Association as Trustee for the holders of the Certificates issued by Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1 |

---

**THIS MATTER**, having been opened to the Court upon Plaintiff's Request for Entry of Judgment by Default against HSBC Bank USA, National Association as Trustee for the holders of the Certificates issued by Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1 ("HSBC" or "Defendant") and upon the Affidavit of Robert B. Wasserman in support thereof; and Defendant having failed to plead or otherwise defend in this action; and default having been entered against Defendant it is hereby

**ORDERED** as follows:

1. That a Judgment by Default be and is hereby entered against Defendant HSBC.

2. That HSBC's interest in the Property located at 666 Closter Dock Road, Closter, New Jersey, if any, is avoided and removed from record pursuant to 11 U.S.C. §544.

3. That the Lis Pendens filed by HSBC with respect to the Property is avoided and removed from record.