| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700 / Fax: (973) 467-8126<br>Counsel for Robert B. Wasserman, Chapter 7 Trustee<br>**SCOTT S. REVER (SR-1425)** | Case No. 08-18384 |
| In Re:<br><br>**RALPH M. DAY, SR.,**<br><br><br>Debtor. | Chapter 7<br><br>Honorable Morris Stern |
| **ROBERT B. WASSERMAN,** Chapter 7 Trustee,<br>Plaintiff,<br>v.<br><br>**LOUIS A. CAPAZZI, JR., ESQ., ANN CAPAZZI, JESSICA GALLO and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES ISSUED BY DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1,**<br>Defendants. | Adv. Pro. No.: 10-1479 MS |

**JUDGMENT BY DEFAULT AGAINST LOUIS A. CAPAZZI, JR., ESQ. AND ANN CAPAZZI**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

(Page 2)

Debtor: Ralph Day

Case No.: 08-18384 (MS)

Caption of Order: Judgment by Default Against Louis A. Capazzi, Jr., Esq. and Ann Capazzi

---

**THIS MATTER**, having been opened to the Court upon Plaintiff's Request for Entry of Judgment by Default against Louis A. Capazzi, Jr., Esq. and Ann Capazzi ("Defendants") and upon the Affidavit of Robert B. Wasserman in support thereof; and Defendants having failed to plead or otherwise defend in this action; and default having been entered against Defendants it is hereby

**ORDERED** as follows:

1. That a Judgment by Default be and is hereby entered against Defendants Louis A. Capazzi, Jr., Esq. and Ann Capazzi.

2. That Louis A. Capazzi, Jr., Esq. and Ann Capazzi's interests in the Property located at 666 Closter Dock Road, Closter, New Jersey, if any, are avoided and removed from record pursuant to 11 U.S.C. §544.

3. That Louis A. Capazzi, Jr. Esq. and Ann Capazzi shall within ten (10) days of the date hereof, provide the Trustee with an accounting of all income derived from the Property and shall within such time period, turnover such income and/or the amount thereof to the Trustee.