# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
MICHAEL McLAUGHLIN°°
SCOTT S. REVER°°
DONALD W. CLARKE
°°ALSO MEMBER OF PA BAR
⁺ ALSO MEMBER OF NY BAR

A PROFESSIONAL CORPORATION

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ⁺
NORMAN D. KALLEN

July 23, 2010

SREVER@WJSLAW.COM

By Electronic Mail and ECF
Honorable Morris Stern
United States Bankruptcy Judge
United States Bankruptcy Court
PO Box 1352
Newark, New Jersey 01702

    Re:    Ralph M. Day
            Case no.: 08-18384 MS
            Robert B. Wasserman, Chapter 7 Trustee v. Louis A. Capazzi, Jr., Esq.,
            Ann Capazzi, Jessica Gallo and HSBC Bank USA
            Adv. Pro. No.: 10-1479 MS
            Notice of Motion to Vacate Entry of Default
            Hearing: August 25, 2010 at 10:00 a.m.
            Our File No.: 7526

Dear Judge Stern:

    This letter will confirm my discussion with Meg Hall, Esq. of your Honor's chambers in which she advised that the motion to vacate entry of default, scheduled to be heard on August 2, 2010 at 10:00 a.m. has been adjourned to August 25, 2010 at 10:00 a.m.

                              Respectfully submitted,

                              WASSERMAN, JURISTA & STOLZ, P.C.

                              SCOTT S. REVER

SSR:drm
Cc:    Brian Spector, Esq. (by email)
         Douglas Goldstein, Esq. (by email)
         Robert B. Wasserman, Esq.