**EXHIBIT A**

chg 271

# Deed

This Deed is made on June 16, 2005
BETWEEN
Ivo Marrero    Magaly Marrero    Husband & Wife

whose post office address is
868 Closter Dock Road
Closter, N.J. 07624

referred to as the Grantor,
AND
Ralph Day
whose post office address is
666 Closter Dock Road
Closter, N.J. 07624

referred to as the Grantee.

132311   Deed > 350,000
Kathleen A. Donovan   Recording Fee 70.00
Bergen County Clerk   Charge 271
Recorded 09/26/2005 15:47 WATKINS, DAVID H

Consideration       : 699000.00
Realty Transfer Fee : 6234.40
State Portion       : 4362.40
County Portion      : 1048.50
Municipality Portion: 823.50

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of $699,000.00
Six Hundred Ninety-Nine Thousand Dollars and No Cents
The Grantor acknowledges receipt of this money.

2. **Tax Map Reference.** (N.J.S.A. 46:15-1.1) Municipality of Closter
Block No. 2404  Lot No. 23  Qualifier No.  Account No.
☐ No lot and block or account number is available on the date of this Deed. (Check Box if Applicable.)

3. **Property.** The Property consists of the land and all the buildings and structures on the land in the Borough of Closter, County of Bergen and State of New Jersey. The legal description is:

☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check Box if Applicable.)

Being the same premises conveyed to Ivo Marrero and Magaly Marrero, husband and wife by deed from Richard Steven Pappin and Richard Pappin, as Trustees of the Barbara McCain Pappin Revocable Trust Agreement dated February 14, 1991, dated October 21, 1991, recorded October 24, 1991 in Deed Book 7477, Page 754.

Said premises are commonly known as 666 Closter Dock Road, Closter, New Jersey.

Prepared by (print signer's name below signature)

Ramon M. Gonzalez

(For Recorder's Use Only)

103 - Deed - Bargain and Sale
Ind. to Ind. or Corp.
Plain Language Rev. 7/01

Powered by 

©2001 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com  800.222.0510  Page 1

BK 08914 PG 451

D—
R 9-26-05

CHICAGO TITLE INSURANCE COMPANY
TITLE INSURANCE COMMITMENT

File Number: ECT05-130

SCHEDULE C
LEGAL DESCRIPTION

All that certain Lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Closter, County of Bergen, State of New Jersey:

BEGINNING at a point in the southwesterly line of Old Closter Dock Road, distant thereon 197.75 feet northwest of its intersection with the northwesterly line of Lake Street, and running thence;

(1)   South 47 degrees 21 minutes 12 seconds West, 200.62 feet; thence

(2)   South 40 degrees 08 minutes East, 100.10 feet; thence,

(3)   North 47 degrees 19 minutes 30 seconds East, 200.62 feet to the southwesterly line of Old Closter Dock Road; thence

(4)   North 40 degrees 08 minutes West, 100.00 feet along the southwesterly line of Old Closter Dock Road to the point and place of BEGINNING.

NOTE: Being Lot(s): 23, Block: 2404; Tax Map of the Borough of Closter, County of Bergen, State of New Jersey.

NOTE: Lot and Block shown for informational purposes only.

Schedule C          BK 0 8 9 1 4 PG 4 5 2 1

The street address of the Property is:
686 Closter Dock Road, Closter, NJ 07624

4. **Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

5. **Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature.)

Witnessed By:

_____          _____ (Seal)
Ramon M. Gonzalez, Esq.              Ivo Marrero

                                     _____ (Seal)
                                     Magaly Marrero

STATE OF NEW JERSEY, COUNTY OF HUDSON                SS:
I CERTIFY that on ___June 16, 2005___

Ivo Marrero                          Magaly Marrero

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed; and,
(b) executed this Deed as his or her own act.

RECORD AND RETURN TO:
David M. Watkins, Esq.

205 Closter Dock Road                _____
Closter, New Jersey 07624            Ramon M. Gonzalez, Esq.
                                     Attorney at law of New Jersey
                                     Print name and title below signature

103 - Deed - Bargain and Sale
Cov. to Grantor's Act - Ind. to Ind. or Corp.
Plain Language Rev. 2/01  P 2/02            BK 08914 PG 458

©2001 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com  800.222.0510    Page 2