**EXHIBIT D**

03/07/2007  12:36    2013721897                    WILLIAM J RUSH ESQ                           PAGE  01

**HUD-1 UNIFORM SETTLEMENT STATEMENT**                                OMB Approval No. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | SETTLEMENT STATEMENT |
|---|---|---|
| B. TYPE OF LOAN | | |
| 1. FHA  2. FmHA  3. Conv. Unins.  4. VA  5. Conv. Ins. | 6. File Number: | 7. Loan Number: |
| | 8. Mortgage Insurance Case Number | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
NOTE: TIN = Taxpayer's Identification Number

| D. NAME AND ADDRESS OF BORROWER: | E. NAME, ADDRESS AND TIN OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| ANN CAPAZZI<br><br>18 EASTBROOK ROAD<br>HARRINGTON PARK, NJ 07640 | RALPH DAY<br><br>666 CLOSTER DOCK ROAD<br>CLOSTER, NJ 07624 | LIGHTHOUSE MORTGAGE SERVICE COMPANY, INC.<br>2600 PHILMONT AVENUE, SUITE 100, HUNTINGDON VALLEY, PA 19006 |
| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT NAME, ADDRESS AND TIN | |
| 666 CLOSTER DOCK ROAD<br>CLOSTER, NJ 07624<br><br>LOT: 23    BLOCK: 2404 | William J. Rush, Esq.<br>10 Stuyvesant Avenue, Lyndhurst, NJ 07071 | |
| | PLACE OF SETTLEMENT | I. SETTLEMENT DATE |
| | 10 STUYVESANT AVENUE<br>LYNDHURST, NEW JERSEY 07071 | 02/28/2007 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | 915,000.00 | 401. Contract sales price | 915,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 9,700.68 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 924,700.68 | 420. GROSS AMOUNT DUE TO SELLER | 915,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess deposit | |
| 202. Principal amount of new loan(s) | 675,000.00 | 502. Settlement charges to seller (Line 1400) | 9,164.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan COUNTRYWIDE HO | 491,575.59 |
| 205. 2ND MORTGAGE PROCEEDS | 44,561.25 | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 719,561.25 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 500,739.59 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT FROM/TO SELLER | |
| 301. Gross amount due from borrower (Line 120) | 924,700.68 | 601. Gross amount due to seller (Line 420) | 915,000.00 |
| 302. Less amount paid by/for borrower (Line 220) | 719,561.25 | 602. Less reduction in amount due seller (Line 520) | 500,739.59 |
| 303. CASH FROM BORROWER | 205,139.43 | 603. CASH TO SELLER | 414,260.41 |

**SELLER'S STATEMENT**

The information contained in Blocks E, G, H, and I and on line 401 (or, if line 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service (tax Seller Certification). If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. You are required to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

(Seller's Signature)    RALPH DAY                        (Seller's Signature)

EASY SOFT 2006 Previous editions are obsolete            Page 1                 form HUD-1 (3/86) ref Handbook 4305.2

**BEST / ONLY COPY**

03/07/2007  12:36    20    721297                           WILLIAM J RUSH ESQ                          PAGE  02

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES BROKER'S COMMISSION based on price $915,000.00 @ | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $ | | | |
| 702. $ | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee % | | | |
| 802. Loan Discount % | | | |
| 803. Appraisal Fee to IVY MORTGAGE | | 525.00 | |
| 804. Credit report to IVY MORTGAGE | | 50.00 | |
| 805. Lender's Inspection Fee | | | |
| 806. COMMITMENT FEE TO LIGHTHOUSE MORTGAGE SERVICE COMPANY, INC. | | 435.00 | |
| 807. FLOOD DETERMINATION FEE TO LIGHTHOUSE MORTGAGE SERVICE COMPANY | | 9.00 | |
| 808. TAX SERVICE FEE TO LIGHTHOUSE MORTGAGE SERVICE COMPANY, INC. | | 89.00 | |
| 809. APPLICATION FEE TO IVY MORTGAGE | | 375.00 | |
| 810. YSP PD BY LIGHTHOUSE TO IVY MORTGAGE (POC) -$6750.00 | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from 02/28/2007-03/01/2007 @ $142.968 per day | | 142.97 | |
| 902. Mortgage Insurance Premium for | | | |
| 903. Hazard Insurance Premium for | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard Insurance 3 month(s) @ $112.25 per month | | 336.75 | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes 4 month(s) @ $879.97 per month | | 3,519.88 | |
| 1005. Annual Assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Accounting Adjustment | | -879.97 | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee to | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title Examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to EAST COAST TITLE SERVICES, LLC. | | | 500.00 |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to WILLIAM J. RUSH, ESQ. (includes line numbers) | | 500.00 | |
| 1108. Title Insurance to EAST COAST TITLE SERVICES, LLC. (includes line numbers) | | 3,948.05 | |
| 1109. Lender's coverage $ 675000.00 | | | |
| 1110. Owner's coverage $ 915000.00 | | | |
| 1111. COURIER FEE TO UPS | | 150.00 | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees: Deed $ 150.00  Mortgage $ 350.00  Release $ 75.00 | | 500.00 | 75.00 |
| 1202. City/county tax/stamps: Deed $  Mortgage $ | | | |
| 1203. State tax/stamps: Deed $  Mortgage $ | | | |
| 1204. Realty Transfer Fee | | | |
| 1205. | | | 8,589.00 |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection to | | | |
| 1303. BOROUGH OF CLOSTER, 1ST QTR. 2007 (PAID) -$2639.91 | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | 9,700.68 | 9,164.00 |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I received a copy of the HUD-1 Settlement Statement.

Seller       RALPH DAY                                    Borrower

Seller                                                    Borrower

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds disbursed or to be disbursed by the undersigned as part of the settlement of this transaction.

Settlement Agent    William J. Rush, Esq.                  Date    02/28/2007

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

© EASY SOFT 2006 Previous editions are obsolete           Page 2                          form HUD-1 (3/86) ref Handbook 4305.2