**EXHIBIT G**



# PASHMAN STEIN
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW

SEAN MACK
SHAREHOLDER

DIRECT DIAL: 201-270-4919
E-MAIL: smack@pashmanstein.com

July 16, 2010

**VIA FACSIMILE**
Scott S. Rever, Esq.
Wasserman, Jurista & Stolz
225 Millburn Avenue, Suite 207
Millburn, NJ 07041

    Re:  Robert B. Wasserman vs Louis A. Capazzi, Jr., Esq.,
           Ann Capazzi, Jessica Gallo and HSBC Bank USA
           Adv. Pro. No.: 10-1479 MS

Mr. Rever:

    In response to your telephone call, as I said on the phone, I would prefer not to be involved in this matter, but understand that is not possible and that you will subpoena me if I do not provide the requested information.

    I have now reviewed Louis Capazzi's affidavit and my file. With respect to paragraphs 16, 17 and 18 of the Capazzi affidavit, I do not have any information to suggest that anything therein is inaccurate.

    In response to your questions, I can provide the following additional information:

    Several months prior to the filing of the adversary complaint in this matter (Adv. Pro. No. 10-1479), I was engaged by Mr. Capazzi to assist him in a limited manner with respect to a litigation pending in state court. That representation has since ended, and I do not currently represent Mr. Capazzi.

    Mr. Capazzi's affidavit states that he called me the day he received the Adversary Complaint. Mr. Capazzi did call me in April, but I have no record of the exact date. The day he called I was under a time crunch for other matters, and we did not have a substantive conversation. I informed him that I did not have time that day to talk and I asked that he follow up with me a few days later.

**PASHMAN STEIN, P.C.**

Scott S. Rever, Esq.
Wasserman, Jurista & Stolz
July 16, 2010
Page 2

    I did not send Mr. Capazzi an engagement letter with respect to defending him and his wife in response to the Adversary Complaint.

    The next time I spoke with Mr. Capazzi was on May 20, 2010. I told him that I did not file an answer because I had not been engaged by him and his wife with respect to the adversary complaint and had not received a copy of the complaint.

Sincerely,

SEAN MACK

SM:mh

Cc: Douglas A. Goldstein, Esq. (via facsimile)