BRIAN D. SPECTOR, ESQ. (BS/7343)
DOUGLAS A. GOLDSTEIN, ESQ. (DG/5891)
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike
Florham Park, New Jersey 07932-2261
Tel.: (973) 593-4800
Fax: (973) 593-4848
Attorneys for Defendants Louis A. Capazzi, Jr., Esq.
  and Ann Capazzi

------------------------------------------------------X
In re:

RALPH M. DAY, SR.,

             Debtor.
------------------------------------------------------X
ROBERT B. WASSERMAN, Chapter 7 Trustee,

             Plaintiff,
v.

LOUIS A. CAPAZZI, JR., ESQ., ANN CAPAZZI, JESSICA GALLO and HSBC BANK USA, NATIONAL ASSOCIATION,

             Defendants.
------------------------------------------------------X

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

**Case No. 08-18384**

**Chapter 7**

**Honorable Morris Stern**

**Adv. Pro. No. 10-01479**

**Hearing Date: August 25, 2010 at 10:00 a.m.**

**Courtroom 3-A**

## CERTIFICATE OF SERVICE

DOUGLAS A. GOLDSTEIN, of full age, hereby certifies as follows:

On August 20, 2010, I caused the following papers to be filed via CM/ECF and served via First-Class Mail as follows:

DOCUMENTS:           Reply of Defendants Louis A. Capazzi, Jr. and Ann Capazzi to Plaintiff's Objection, and In Further Support of Their (I) Motion for Vacatur of the Entry of Default, and (II) Opposition to Plaintiff's Application Requesting Entry of Default Judgment;

                                        and

                                        Certification of Douglas A. Goldstein In Further Support of the Motion of Defendants Louis A. Capazzi, Jr. and Ann Capazzi for Vacatur of the Entry of Default and Opposition to Plaintiff's Application Requesting Entry of Default Judgment

FILED WITH:                      Clerk, United States Bankruptcy Court
                                        District of New Jersey

COPIES SERVED UPON:       Scott S. Rever, Esq.
                                        Wasserman, Jurista & Stolz
                                        225 Millburn Avenue
                                        Millburn, New Jersey 07041

                                        Robert B. Wasserman, Esq.
                                        Wasserman, Jurista & Stolz
                                        225 Millburn Avenue
                                        Millburn, New Jersey 07041

                                        Jessica Gallo
                                        666 Closter Dock Road
                                        Closter, New Jersey 07624

                                        HSBC Bank, USA, N.A.
                                        Attn: President or Managing Agent
                                        452 Fifth Avenue
                                        New York, New York 10018

                                        HSBC Bank, USA, N.A.
                                        Legal Processing, 12th Floor
                                        One HSBC Center
                                        Buffalo, New York 14203

                                        Rosemarie Diamond, Esq.
                                        Phelan, Hallinan & Schmieg, PC
                                        400 Fellowship Road, Suite 100
                                        Mt. Laurel, New Jersey 08054

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

<u>/s/ Douglas A. Goldstein</u>
Douglas A. Goldstein (DG/5891)

Dated: August 20, 2010
       Florham Park, New Jersey